IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMES WAGNER,

Defendant.

**4:26CR3045**

**ORDER**

IT IS ORDERED:

1) The motion of Korey L. Reiman to withdraw as counsel of record for Defendant, (Filing No. 23), is granted.

2) Defendant's newly retained counsel, Travis J. Penn, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Korey L. Reiman from any future ECF notifications herein.

Dated this 23rd day of July, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge